IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSE SOLIS, | ) | |
| | ) | |
| Petitioner, | ) | CIV. A. NO. 17-0277-CG |
| | ) | |
| vs. | ) | CRIM. A. NO. 16-00015-CG-MU-2 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 15th day of September, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE