# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSE SOLIS, | ) | |
| | ) | |
| Petitioner, | ) | CIV. A. NO. 17-0277-CG |
| | ) | |
| vs. | ) | CRIM. A. NO. 16-00015-CG-MU-2 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Petitioner's motion to vacate under § 2255, as amended (Docs. 69, 70), is **DISMISSED**, without prejudice, as premature. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE** and **ORDERED** this 15th day of September, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE